# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia F. Dreisbach<br>Kenneth J. Dreisbach<br>                Debtors | CHAPTER 7 |
| Carisbrook Asset Holding Trust<br>                Movant<br>vs. | NO. 17-14031 JKF |
| Cynthia F. Dreisbach<br>Kenneth J. Dreisbach<br>                Debtors | 11 U.S.C. Section 362 |
| Robert H. Holber<br>                Trustee | |

## **ORDER**

AND NOW, this 10th day of November, 2017, upon failure of Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 191 Birch Drive, Levittown, PA 19054 ("Property"), as to Movant, to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies. ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge
Jean K. FitzSimon

Cynthia F. Dreisbach
191 Birch Drive
Levittown, PA 19054

Kenneth J. Dreisbach
191 Birch Drive
Levittown, PA 19054

Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532