*UNITED STATES BANKRUPTCY COURT*  
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Kenneth J Dreisbach and Cynthia F. Dreisbach : Case No. 17–14031–jkf
    Debtor(s)

### ORDER
_____

AND NOW, this day , 18th day of January, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

21
Form 195