United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth J Dreisbach  
Cynthia F. Dreisbach  
     Debtors

Case No. 17-14031-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 18, 2018  
                         Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.  
db/jdb       +Kenneth J Dreisbach,   Cynthia F. Dreisbach,   191 Birch Drive,   Levittown, PA 19054-2810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Carisbrook Asset Holding Trust  
         bkgroup@kmllawgroup.com  
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Cynthia F. Dreisbach ecf@ccpclaw.com,  
         cataldomr70146@notify.bestcase.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Kenneth J Dreisbach ecf@ccpclaw.com,  
         cataldomr70146@notify.bestcase.com  
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Cynthia F. Dreisbach ecf@ccpclaw.com,  
         cibikmr70146@notify.bestcase.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Kenneth J Dreisbach ecf@ccpclaw.com,  
         cibikmr70146@notify.bestcase.com  
        ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                               TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 7 |
| Kenneth J Dreisbach and Cynthia F. Dreisbach | : Case No. 17–14031–jkf |
| Debtor(s) | |

***ORDER***
_____

    AND NOW, this day , 18th day of January, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

21
Form 195